```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
EDWARD CRUZ, et al.,                                        :
                                                            :    20-CV-4470 (RWL)
                                    Plaintiffs,             :
                                                            :
                - against -                                 :    ORDER
                                                            :
UNITED STATES OF AMERICA, et al.,                           :
                                                            :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This order resolves the discovery issues raised by Plaintiff in his December 18, 2020 letter (Dkt. 33).

1. Defendants' objections to document requests a, b and c are sustained. The requests seek irrelevant information and are not proportional to the needs of the litigation.

2. By January 6, 2021, Defendants shall submit to the Court for in camera review an unredacted copy of the Marshals Service Manual by emailing same to lehrburger_nysdchambers@nysduscourts.gov.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: December 23, 2020
       New York, New York

Copies transmitted this date to all counsel of record.

1